# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>VERIZON ONLINE LLC, TERREMARK NORTH AMERICA LLC and VERIZON BUSINESS NETWORK SERVICES INC.,<br><br>    Defendants. | C.A. No. 13-1458-LPS |

## REPLY BRIEF IN SUPPORT OF MOTION OF DEFENDANTS VERIZON ONLINE LLC, TERREMARK NORTH AMERICA LLC, AND VERIZON BUSINESS NETWORK SERVICES INC. TO BIFURCATE DAMAGES AND LIABILITY DISCOVERY AND TO STAY DAMAGES-RELATED FACT AND EXPERT DISCOVERY

On December 20, 2013, Defendants Verizon Online LLC, Terremark North America LLC, and Verizon Business Network Services Inc. (collectively, "Verizon Defendants") moved to bifurcate discovery relating to damages issues from the liability issues in this case and to stay damages-related discovery pending claim construction. In doing so, the Verizon Defendants incorporated the briefs filed by defendants named in earlier-filed cases by Clouding IP, namely, *Clouding IP, LLC v. Amazon.com, Inc. et al.*, C.A. No. 12-641-LPS ("Amazon"); *Clouding IP, LLC v. Google Inc.*, C.A. No. 12-639-LPS; *Clouding IP, LLC v. Motorola Mobility LLC*, C.A. No. 12-1078-LPS; and *Clouding IP, LLC v. Rackspace Hosting, Inc. et al.*, C.A. No. 12-675-LPS (collectively, the "Earlier *Clouding* Defendants").

To avoid burdening the Court with a duplicative brief, the Verizon Defendants join, rely upon, and incorporate herein the arguments and authority described in the opening and reply briefs in support of the Earlier *Clouding* Defendants' motion to bifurcate damages and liability discovery and to stay damages-related fact and expert discovery (*see, e.g.*, D.I. 127 and 141 in

*Amazon*). As stated in the Verizon Defendants' opening brief, at this time, the Verizon Defendants do not oppose the Earlier *Clouding* Defendants' request to bifurcate damages and liability issues for trial, but given the early state of the instant case, the Verizon Defendants respectfully request the opportunity to consider and brief the trial bifurcation issue after the Court issues its claim construction order.

Respectfully submitted,

SEITZ ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

Thomas M. Dunham
Charles B. Molster, III
J. Michael Woods
Corrine M. Saylor
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006
(202) 282-5000
tdunham@winston.com
cmolster@winston.com
mwoods@winston.com
csaylor@winston.com

*Counsel for Defendants Verizon Online LLC, Terremark North America LLC and Verizon Business Network Services Inc.*

 */s/ Benjamin J. Schladweiler*
Collins J. Seitz, Jr. (Bar No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com

*Counsel for Defendants Verizon Online LLC, Terremark North America LLC and Verizon Business Network Services Inc.*

Dated:  January 15, 2014

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on January 15, 2014, I caused the foregoing ***Reply Brief in Support of Motion of Defendants Verizon Online LLC, Terremark North America LLC, and Verizon Business Network Services Inc. to Bifurcate Damages and Liability Discovery and to Stay Damages-Related Fact and Expert Discovery*** to be served via electronic mail upon the following individuals:

| | |
|---|---|
| Richard D. Kirk | Marc A. Fenster |
| Stephen B. Brauerman | Brian D. Ledahl |
| Vanessa R. Tiradentes | Dorian S. Berger |
| BAYARD, P.A. | RUSS AUGUST & KABAT |
| 222 Delaware Avenue, Suite 900 | 12424 Wilshire Boulevard, 12th Floor |
| Wilmington, DE  19801 | Los Angeles, CA  90025 |
| rkirk@bayardlaw.com | mfenster@raklaw.com |
| sbrauerman@bayardlaw.com | bledahl@raklaw.com |
| vtiradentes@bayardlaw.com | dberger@raklaw.com |
| | |
| *Counsel for Plaintiff Clouding IP, LLC* | *Counsel for Plaintiff Clouding IP, LLC* |

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (Bar No. 4601)